IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| GREGORY HUMPHREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.    ) | CV 125-017 |
| ) | |
| PATRICK BROWN, Gang Unit Investigator; ) | |
| JOHN TARPLEY, Investigator; OFC. ) | |
| DANKO, Narcotic Investigator/Officer; SGT. ) | |
| WILLIAMS, Traffic Division; and ) | |
| OFC. WILLIAMS, Narcotic Investigator/ ) | |
| Officer, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint and any potential state law claims without prejudice, and **CLOSES** this civil action.

SO ORDERED this ___18th___ day of April, 2025, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA