AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GREGORY HUMPHREY,

Plaintiff,

v.

PATRICK BROWN, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV125-17

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Court's Order dated April 18, 2025, the Court adopts the Magistrate Judge's Report and Recommendatioin as its opinion and dismisses the amended complaint without prejudice. This case stands closed.

| | |
|---|---|
| 4/18/25 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020